UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BERNARDO GUZMAN CASTILLO** | **CIVIL DOCKET NO. 2:24-CV-01411** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN MARTINEZ, JR.** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

**JUDGMENT**

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 4], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 28th day of January, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE